IN THE MATTER OF: RICHARD TAYLOR

No. 8112DC701

(Filed 4 May 1982)

**Criminal Law § 148; Infants § 21— appeal from adjudication of delinquency before disposition part of juvenile hearing premature**

 Under G.S. 7A-666, an adjudication of delinquency is not a final order, and no appeal may be taken from such order unless no disposition is made within 60 days of the adjudication of delinquency; therefore, where respondent gave notice of appeal eight days after adjudication of delinquency, his appeal was premature.

APPEAL by respondent from *Guy, Judge.* Judgment entered 7 May 1981 in District Court, CUMBERLAND County. Heard in the Court of Appeals 10 December 1981.

This appeal arises from an adjudication on a petition filed in Juvenile Court alleging that the respondent committed an assault. After hearing evidence, the court adjudicated that the allegations contained in the petition were true and ordered that the disposition part of the hearing should proceed. No disposition was made. Eight days after the adjudication of delinquency, the respondent gave notice of appeal.

*Attorney General Edmisten, by Assistant Attorney General Grayson G. Kelly, for the State.*

*Assistant Public Defender Staples Hughes for respondent appellant.*

WEBB, Judge.

We hold the respondent's appeal is premature and order that it be dismissed.

G.S. 7A-666 provides:

"Upon motion of a proper party as defined in G.S. 7A-667, review of any final order of the court in a juvenile matter under this Article shall be before the Court of Appeals. Notice of appeal shall be given in open court at the time of the hearing or in writing within 10 days after entry of the order. However, if no disposition is made within 60

days after entry of the order, written notice of appeal may be given within 70 days after such entry. A final order shall include:

(1) Any order finding absence of jurisdiction;

(2) Any order which in effect determines the action and prevents a judgment from which appeal might be taken;

(3) Any order of disposition after an adjudication that a juvenile is delinquent, undisciplined, abused, neglected, or dependent; or

(4) Any order modifying custodial rights."

We believe that under this section of the statute an adjudication of delinquency is not a final order. No appeal may be taken from such order unless no disposition is made within 60 days of the adjudication of delinquency. In the instant case the respondent is attempting to appeal from an adjudication of delinquency eight days after the adjudication when no disposition has been made. This he cannot do.

Appeal dismissed.

Judges VAUGHN and HILL concur.